# EXHIBIT 1

**LOWER COURT FILE**

*Lifebrite Hospital Group of Stokes, LLC v. Aetna Health Inc., et al.*
**Superior Court, Stokes County 18-CVS-207**

# Stokes County Clerk of Superior Court
## CIVIL RECEIPTING

Payor Name: **Lifebrite Hospital Group of Stokes LLC** File Number: **18 CVS 207**
(PLAINTIFF / PETITIONER)

Payee Name: **Aetna Health Inc**
(DEFENDANT / RESPONDENT)

| Flag for VCAP = YES | Flag for VCAP = NO |
|---|---|
| **FILING FEES:** (original/counterclaim/cross-claim)<br>☑ CVSC Superior $200.00<br>☐ CVDC District $150.00<br>☐ CVMC Small Claim $96.00 | **FILING FEES:**<br>☐ CDDC Divorce/Disp. Home $225.00<br>☐ CVDC Domestic $150.00 |
| **JUDGMENT ABSTRACTING** JMT ____<br>**SERVICE FEES:**<br>☐ WRIT OF EXECUTION 21430 $____<br>☐ WRIT OF POSSESSION 21430 $____<br>☐ SHERIFF 22515 $____<br>☐ NOTICE OF RIGHTS 22515 $____<br><br>**JUDGMENT PAYMENT:**<br>☐ Full ☐ Partial<br><br>☐ JUDGMENT 26115 $____<br>☐ ATTY FEE JUDGMENT 24610 $____<br>☐ ATTY APPT FEE JUDG 26115 $____<br>☐ BOND FORFEITURE 22800 $____<br>☐ BOND FORF COST 26115 $____<br>☐ ARBITRATION (JA) M#S 26115 $____<br>☐ TRANSCRIPT FEE 21440 $____<br>☐ SUPPL PROCEEDING 21400 $____<br>☐ NOTICE OF HEARING 21450 $____<br>☐ A&P/ENDORSEMENTS 21455 $____ | **JUDGMENT IN DOCKET BOOK** ____ ____<br>Book Page<br>**SERVICE FEES:**<br>☐ WRIT OF EXECUTION 21400 $____<br>☐ WRIT OF POSSESSION 21400 $____<br>☐ SHERIFF 22515 $____<br><br>**JUDGMENT PAYMENT:**<br>☐ Full ☐ Partial<br><br>☐ ATTY FEE JUDGMENT 24610 $____<br>☐ JUDGMENT 26120 $____<br>☐ BOND FORFEITURE 22800 $____<br>(PRIOR TO JUDGMENT)<br><br>☐ TRANSCRIPT FEE 21400 $____<br>Transcript #<br>County<br><br>☐ SUPPL PROCEEDING 21400 $____<br>☐ A&P / ENDORSEMENTS 21455 $____<br>☐ MOTION FEE (SP & E) 21460 $____<br>☐ NOTICE OF HEARING 21450 $____ |
| **MISCELLANEOUS FEES:**<br>☐ MISC FILING FEE 21400 $____<br>(CLOL,LISP,LIENS)<br>☐ COPY 21410 $____<br>☐ CONFESS JUDGMENT 21400 $____<br>☐ TRIAL DE NOVO 24310 $____<br>☐ CASH BONDS 26210 $____<br>☐ OUT OF STATE ATTY 24625 $____<br>($200)<br>☐ OUT OF STATE ATTY 24626 $____<br>BAR FEE ($25)<br>☐ RENT BOND 26220 $____<br>☐ ____ $____<br>OTHER ACCOUNT # ____ | **MISCELLANEOUS FEES:**<br>☐ MISC FILING FEE 21400 $____<br>☐ COPY 21410 $____<br>☐ CIVIL BONDS 26210 $____<br>☐ CONDEMNATION 26130 $____<br>☐ TRUST (Minor's portion) 26310 $____<br>☐ ARBITRATION FEES 24311 $____<br>(CVD – BEFORE JUDGMENT)<br>☐ VSA, REGISTRATION, PASS-<br>PORTS, ETC. 21400 $____<br>☐ LIS PENDENS 21400 $____<br>☐ UPSET BID 26700 $____ |
| DATE: **3-21-18** | TOTAL: $ **200.00** |

| STATE OF NORTH CAROLINA | File No. 18CVS207 |
|---|---|
| STOKES County | In The General Court Of Justice<br>☐ District ☒ Superior Court Division |

| Name And Address Of Plaintiff 1<br>LifeBrite Hospital Group of Stokes, LLC | **GENERAL<br>CIVIL ACTION COVER SHEET**<br>☒ INITIAL FILING ☐ SUBSEQUENT FILING<br>Rule 5(b), General Rules of Practice For Superior and District Courts |
|---|---|
| Name And Address Of Plaintiff 2 | Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address)<br>Michael R. Bennett, Esq.<br>P.O. Box 775<br>King, NC 27021 |
| **VERSUS** | |
| Name Of Defendant 1<br>Aetna Health, Inc. | Telephone No. 336-983-3177    Cellular Telephone No. |
| | NC Attorney Bar No. 16551    Attorney E-Mail Address michael@bennettandwest.com |
| Summons Submitted ☒ Yes ☐ No | ☒ Initial Appearance In Case    ☐ Change of Address |
| Name Of Defendant 2<br>Aetna Health of the Carolinas, Inc. | Name Of Firm<br>Bennett & West, PLLC |
| | FAX No. 336-983-2127 |
| | Counsel for<br>☒ All Plaintiffs ☐ All Defendants ☐ Only (list party(ies) represented) |
| Summons Submitted ☒ Yes ☐ No | |
| ☐ Jury Demanded In Pleading<br>☐ Complex Litigation | ☐ Amount in controversy does not exceed $15,000<br>☐ Stipulate to arbitration |

**TYPE OF PLEADING**

(check all that apply)
- ☐ Amend (AMND)
- ☐ Amended Answer/Reply (AMND-Response)
- ☐ Amended Complaint (AMND)
- ☐ Assess Costs (COST)
- ☐ Answer/Reply (ANSW-Response) (see Note)
- ☐ Change Venue (CHVN)
- ☒ Complaint (COMP)
- ☐ Confession Of Judgment (CNJF)
- ☐ Consent Order (CONS)
- ☐ Consolidate (CNSL)
- ☐ Contempt (CNTP)
- ☐ Continue (CNTN)
- ☐ Compel (CMPL)
- ☐ Counterclaim (CTCL) *Assess Court Costs*
- ☐ Crossclaim (list on back) (CRSS) *Assess Court Costs*
- ☐ Dismiss (DISM) *Assess Court Costs*
- ☐ Exempt/Waive Mediation (EXMD)
- ☐ Extend Statute Of Limitations, Rule 9 (ESOL)
- ☐ Extend Time For Complaint (EXCO)
- ☐ Failure To Join Necessary Party (FJNP)

(check all that apply)
- ☐ Failure To State A Claim (FASC)
- ☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
- ☐ Improper Venue/Division (IMVN)
- ☐ Including Attorney's Fees (ATTY)
- ☐ Intervene (INTR)
- ☐ Interplead (OTHR)
- ☐ Lack Of Jurisdiction (Person) (LJPN)
- ☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
- ☐ Modification Of Child Support In IV-D Actions (MSUP)
- ☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
- ☐ Petition To Sue As Indigent (OTHR)
- ☐ Rule 12 Motion In Lieu Of Answer (MDLA)
- ☐ Sanctions (SANC)
- ☐ Set Aside (OTHR)
- ☐ Show Cause (SHOW)
- ☐ Transfer (TRFR)
- ☐ Third Party Complaint (list Third Party Defendants on back) (TPCL)
- ☐ Vacate/Modify Judgment (VCMD)
- ☐ Withdraw As Counsel (WDCN)
- ☐ Other (specify and list each separately)

NOTE: All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a formal prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must either include a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.

AOC-CV-751, Rev. 1/14    (Over)
© 2014 Administrative Office of the Courts

Case 1:18-cv-00336 Document 1-1 Filed 04/25/18 Page 3 of 19

| STATE OF NORTH CAROLINA | File No. 18 CVS 207 |
|---|---|
| STOKES County | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

| Name Of Plaintiff<br>LIFEBRITE HOSPITAL GROUP OF STOKES, LLC | |
|---|---|
| Address<br>c/o Michael R. Bennett, Esq. | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| City, State, Zip<br>P.O. Box 775, King, NC 27021 | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| Name Of Defendant(s)<br>AETNA HEALTH, INC. and<br>AETNA HEALTH OF THE CAROLINAS, INC. | Date Original Summons Issued |
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1<br>Aetna Health, Inc.<br>by serving CT Corporation System, Registered Agent<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615-6417 | Name And Address Of Defendant 2<br>Aetna Health of the Carolinas, Inc.<br>by serving CT Corporation System<br>150 Fayetteville Street, Box 1011<br>Raleigh, NC 27601 |
|---|---|

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)<br>Michael R. Bennett, Esq.<br>Bennett & West, PLLC<br>P.O. Box 775<br>King, NC 27021 | Date Issued 3-21-18  Time 2:50 ☐AM ☒PM<br>Signature Christina Boles<br>☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
|---|---|

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement  Time  ☐AM ☐PM<br>Signature<br>☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
|---|---|

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 6/16
© 2016 Administrative Office of the Courts

Case 1:18-cv-00336   Document 1-1   Filed 04/25/18   Page 4 of 19

| | RETURN OF SERVICE | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 6/16
© 2016 Administrative Office of the Courts

| NORTH CAROLINA | ) | IN THE GENERAL COURT OF JUSTICE |
| --- | --- | --- |
| | ) | SUPERIOR COURT DIVISION |
| STOKES COUNTY | ) | 18 CVS 207 |
| | ) | |
| LIFEBRITE HOSPITAL GROUP OF STOKES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT |
| | ) | |
| AETNA HEALTH, INC. and AETNA HEALTH OF THE CAROLINAS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Now comes Plaintiff LifeBrite Hospital Group of Stokes, LLC, complaining of Defendants Aetna Health, Inc. and Aetna Health of the Carolinas, Inc., alleges:

## FACTUAL BACKGROUND

1. LifeBrite Hospital Group of Stokes, LLC (hereinafter "LifeBrite") is a healthcare company organized and existing under the laws of the State of Georgia and is registered in North Carolina as a foreign company. LifeBrite's principal place of business is located in Danbury, Stokes County, North Carolina.

2. Aetna Health, Inc. (hereinafter, "Aetna") is a foreign business corporation with a registered office in Durham County, North Carolina. According to Aetna's last annual report, it covers the healthcare of close to 37.9 million people.

3. Aetna Health of the Carolinas, Inc. (hereinafter, "AHC"; Aetna and AHC are collectively referred to as "Defendants") is a business corporation organized and existing under the laws of the State of North Carolina with its principal place of business in Mecklenburg County, North Carolina, and with offices in Durham County, North Carolina. It is a wholly-owned subsidiary of Aetna Health Holdings, LLC, which is wholly-owned by Aetna.

4. This is an action concerning the refusal of Defendants to compensate LifeBrite for covered services rendered to Aetna's and/or its affiliate's insureds. This is also an action based on contract and breach of contract by Aetna, and for unjust enrichment by LifeBrite against the Defendants.

5. This Court has jurisdiction over Defendant pursuant to N.C. Gen. Stat. 1-75.4 and other applicable law.

-1-

Case 1:18-cv-00336   Document 1-1   Filed 04/25/18   Page 6 of 19

6. Venue is proper in this Court pursuant to N.C. Gen. Stat. 1-79 and other applicable law.

7. LifeBrite operates a critical access hospital known as LifeBrite Community Hospital of Stokes in Danbury, Stokes County, North Carolina (the "Hospital"). The Hospital offers a variety of customary hospital services, including inpatient, outpatient and outreach laboratory. All of the services are rendered from LifeBrite facilities. All services are rendered under the same tax identification number. Except for emergency room, swing-bed and psychiatric services, all services are rendered under the same National Provider Identifier.

8. Aetna is the third largest provider of private health insurance in the United States. By and through its subsidiary, AHC, it provides health insurance to a significant amount of North Carolina residents.

9. LifeBrite and Defendants Aetna and AHS are parties to that Hospital Services Agreement which requires LifeBrite to provide services to members covered by plans issued or administered by Aetna (a "Member"). In turn, Aetna is required to compensate LifeBrite within thirty (30) days of a claim for such services.

10. LifeBrite began rendering care to Aetna insureds on or about January 31, 2017. Aetna registered LifeBrite into its system as an in-network provider and began paying in-network rates to LifeBrite. Copies of emails from Aetna confirming registration are attached as Exhibit A.

11. On August 17, 2017, Aetna, by and through its agent Maria Tribble, sent communication to LifeBrite's CEO stating, in part, that "we believe that you are submitting claims for urine drug screening and other laboratory tests that were not performed at your facility but, rather, were performed at one or more independent reference laboratories. We view this as a form of pass through billing, we believe such claims are improper and, it is our position that these circumstances constitute a pattern of abusive billing and give rise to a reasonable suspicion of fraud."

12. In response to Aetna's August 17, 2017 communication, LifeBrite's counsel replied to Aetna disputing Aetna's assertions, and sent a copy of LifeBrite's laboratory license as well as a sample requisition form showing that the laboratory test were in fact ordered from LifeBrite. The written reply further invited Ms. Tribble, as agent for Aetna, to visit the hospital's laboratory. Ms. Tribble never responded to the letter, nor did Ms. Tribble return any of the many phone calls that LifeBrite made in an attempt to speak with her.

13. Aetna responded by directing that LifeBrite was out-of-network without notice or justification from Aetna and stopped paying claims for all hospital, outpatient and outreach laboratory services that LifeBrite rendered to Aetna insureds.

14. Aetna never notified LifeBrite that it was terminating the Agreement and continues to advertise to the general public that LifeBrite was an "in-network" provider. A copy of Aetna provider directory dated March 3, 2018 is attached as Exhibit B. To date, Aetna has failed to pay LifeBrite for over $856,535.25 in claims for services to Aetna insureds who sought treatment, in part, because Aetna advertised LifeBrite as an "in-network" provider.

-2-

15. By and through its agents, LifeBrite made several good faith efforts to resolve this matter with Aetna, including but not limited to telephone calls and written correspondence to Maria Tribble and its Contract Negotiator, Judy Murphy.

## FIRST CAUSE OF ACTION
## BREACH OF CONTRACT
### (Aetna and AHS)

16. LifeBrite realleges and incorporates all of the foregoing paragraphs set forth in the Complaint.

17. The Defendants have materially breached the Hospital Services Agreement by its refusal to process claims and reimburse LifeBrite for services rendered to its members.

18. LifeBrite is entitled to a judgment against the Defendants of the full amount due under the Hospital Services Agreement because of the Defendant's breach, plus interest at the rate of eight percent (8.0%) per annum, plus reasonable attorney fees.

## SECOND CAUSE OF ACTION
## UNJUST ENRICHMENT
### (Aetna and AHS)
### (In the alternative)

19. LifeBrite realleges and incorporates all of the foregoing paragraphs set forth in the Complaint.

20. In the alternative, if Plaintiff cannot enforce the Hospital Service Agreement, LifeBrite's provision of services to Members conferred a valuable benefit to the Defendants. The Defendants have received services from LifeBrite in excess of $25,000.00, to which it should be required to compensate LifeBrite for the reasonable value of those services.

21. LifeBrite is entitled to a judgment in excess of $25,000.00 from Aetna for the unjust enrichment of the Defendants.

WHEREFORE, the Plaintiff prays of the Court the following relief:

1. That the Court enter a judgment against the Defendants in the amount of the outstanding balance due under the Hospital Services Agreement which is in excess of $25,000.00, plus all such other interest and charges as become due under the Hospital Services Agreement during the pendency of this litigation;

2. That the Court award Plaintiff interest at the rate of eight percent (8.0%) as of the date of the breach of the Hospital Services Agreement;

4. Alternatively, that the Court award Plaintiff a judgment against Defendants for an amount in excess of $25,000.00, from Defendants for unjust enrichment;

-3-

5. That the Court award Plaintiff reasonable attorney fees and costs; and

6. For such other and further relief as the Court deems just and proper.

This the 19 day of March, 2018.

_____
Michael R. Bennett, Esq.
N.C. State Bar No. 16551

OF COUNSEL:

BENNETT & WEST, PLLC
P.O. Box 775
King, NC 27021
(336) 983-3177



**Adam Walters <awalters@walterslawpc.com>**

# Fw: Aetna ERA/EFT Confirmation - Lifebrite Hospital Group of Stokes, LLC

**Pamela Tillman** <ptillman@lifebritestokes.com>     Fri, Feb 24, 2017 at 10:19 AM
To: "awalters@walterslawpc.com" <awalters@walterslawpc.com>, David Smith <dave@healthdave.com>, Christian Fletcher <cfletcher@lifebritehospitalgroup.com>
Cc: Teresa Stevens <tstevens@lifebritestokes.com>, Kristi Blaylock <kblaylock@lifebritestokes.com>

From: Gelles, Matt <GelleM@aetna.com>
Sent: Tuesday, February 21, 2017 9:39 AM
To: Pamela Tillman
Subject: Aetna ERA/EFT Confirmation - Lifebrite Hospital Group of Stokes, LLC

Aetna ERA/EFT set up is now complete for the provider referenced above. ERA will take effect with claims processed 02/15/2017 when we will begin transmitting your ERA files to MD Online. If you have any questions regarding your ERA file transmission, please contact this clearinghouse directly.
On your enrollment form, you checked the box to "Turn off Paper EOBs Immediately." Therefore, your paper EOBs were discontinued effective 02/15/2017.
Your EFT will take effect with claims paid after 02/15/2017. Please note that once we transmit an EFT to your bank, your bank has 3 business days to settle the funds and make them available in your account. Claims already in process on or before your effective date will still generate paper checks.
Your request for EFT email notification has also been completed. You will receive an email notification when we transmit an EFT to your banking institution.

<u>Please be sure to add notifications@transautoemail.aetna.com to your address book to ensure delivery to your inbox.</u>

If you did not request the above reference bank account setup, please contact me immediately.

If you are a registered user for Aetna's secure provider website, you can access your EOBs online via the Claim EOB Tool at https://connect.navinet.net. If you have not registered, please click here to register: https://connect.navinet.net/enroll.

NaviNet Sign In

connect.navinet.net

Sign in to NaviNet, America's largest real-time healthcare communications network, securely linking hundreds of thousands of physicians, clinicians and healthcare professionals nationwide.

### We're here to help

- Visit www.aetnapaperlessoffice.com

## ERA, EFT & Electronic EOBs – Health Care Professionals | Aetna

www.aetnapaperlessoffice.com

Learn about Aetna's ERA, EFT and electronic EOBs tools that help you save time and money.

for help with ERA, EFT and EOBs.

- For help accessing or using Aetna's secure provider website on NaviNet®, call NaviNet Customer Care at **1-888-482-8057**.
- Use the Contact Us link on www.aetna.com for additional questions.
- For help with CAQH, call the CAQH Provider Help Desk at **1-888-599-1771**.

Thank you.

Sincerely,

**Matt Gelles**
Aetna Provider eSolutions
Electronic Remittance & Payment Team



This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna
PRIVILEGED AND CONFIDENTIAL: This document and the information contained herein are confidential and protected from disclosure pursuant to Federal law. This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that the use, dissemination, or copying of this information is strictly prohibited. If you received this

communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

PRIVILEGED AND CONFIDENTIAL: This document and the information contained herein are confidential and protected from disclosure pursuant to Federal law. This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that the use, dissemination, or copying of this information is strictly prohibited. If you received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

# aetna

EXHIBIT B

---

Aetna members, sign in to Secure DocFind to get personalized results based on your plan.

## Welcome to the Allina Health and Aetna online provider directory

**Find a Doctor, Dentist, or Facility**

Search for: Hospitals    In: Danbury, North Carolina    [SEARCH]

*See Important Notice About Participating Providers below*

**START A NEW SEARCH**
Search Tips & FAQs
Directories & Resources
Savings & Discounts
Quality & Cost Information

Selected Plan: Plan Select Open Access **Change**

Results: 1-25 | 26-34 | >>

### Narrow your results

Distance: 50 miles

Select:
- ☐ Hospital Accreditation
- ☑ Accepting new patients/Office details
- ☐ Plan Information
- ☐ Specialized training & programs
- ☑ Type of doctor or facility

**Keep Your Costs Down**
You will pay more if you choose an out-of-network doctor. Learn More

☐ Other Important Information

Sort By: Best for your Plan

- Show map
- Print this page
- Print provider directory
- Report incorrect information

**Best Results for Your Plan**

| Distance | Name | Plan Information | Other |
|---|---|---|---|
| ① 2.01mi | **LifeBrite Community Hospital of Stokes**<br>1570 NC 8 and 89 Hwy. North, Danbury, NC 27016<br>Phone: (336) 593-2831<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| ② 22.14mi | **Northern Hospital of Surry County**<br>830 Rockford Street, Mt. Airy, NC 27030<br>Phone: (336) 719-7000<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | Elective Delivery Infant Safety Program |
| ③ 24.67mi | **North Carolina Baptist Hospital**<br>Medical Center Blvd., Winston-Salem, NC 27157<br>Phone: (336) 716-2011<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | Institutes of Quality® - Bariatric Surgery<br>Institutes of Quality® - Cardiac Medical Intervention<br>Institutes of Quality® - Cardiac Rhythm<br>Institutes of Quality® - Cardiovascular Surgery<br>More Flags |

| Distance | Name | Plan Information | Other |
|---|---|---|---|
| 14.19mi | **Pioneer Health Services of Patrick County**<br>18688 Jeb Stuart Hwy., Stuart, VA 24171<br>Phone: (276) 694-8600<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| 24.67mi | **Brenner Children's Hospital**<br>Medical Center Blvd., Winston-Salem, NC 27157<br>Phone: (336) 716-2011<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| 30.49mi | **Novant Health Clemmons Medical Center**<br>6915 Village Medical Circle, Clemmons, NC 27012<br>Phone: (336) 893-1000<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| 28.14mi | **Novant Health Kernersville Medical Center**<br>1750 Kernersville Medical Pkwy., Kernersville, NC 27284<br>Phone: (336) 564-4000<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| 47.71mi | **Alamance Regional Medical Center**<br>1240 Huffman Mill Road, Burlington, NC 27215<br>Phone: (336) 538-7000<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| 36.74mi | **Hugh Chatham Memorial Hospital**<br>180 Parkwood Drive, Elkin, NC 28621<br>Phone: (336) 527-7000<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | Elective Delivery Infant Safety Program |

| Distance | Name | Plan Information | Other |
|---|---|---|---|
| 10   26.73mi | **Morehead Memorial Hospital**<br>117 East Kings Hwy., Eden, NC 27288<br>Phone: (336) 623-9711<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| 11   44.36mi | **Lexington Medical Center**<br>250 Hospital Drive, Lexington, NC 27292<br>Phone: (336) 248-5161<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | Elective Delivery Infant Safety Program |
| 12   35.17mi | **High Point Regional Health**<br>601 North Elm Street, High Point, NC 27262<br>Phone: (336) 878-6000<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | Elective Delivery Infant Safety Program |
| 13   25.71mi | **Novant Health Medical Park Hospital**<br>1950 South Hawthorne Road, Winston-Salem, NC 27103<br>Phone: (336) 718-0600<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | Elective Delivery Infant Safety Program |
| 14   33.07mi | **Women's Hospital of Greensboro**<br>801 Green Valley Road, Greensboro, NC 27408<br>Phone: (336) 832-6500<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| 15   46.01mi | **Danville Regional Medical Center**<br>142 South Main Street, Danville, VA 24541<br>Phone: (434) 799-2100<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | Elective Delivery Infant Safety Program |

Case 1:18-cv-00336   Document 1-1   Filed 04/25/18   Page 15 of 19

| Distance | Name | Plan Information | Other |
|---|---|---|---|
| 42.19ml | DLP Twin County Regional Hospital<br>200 Hospital Drive, Galax, VA 24333<br>Phone: (276) 236-8181<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| 28.26ml | Memorial Hospital of Martinsville<br>320 Hospital Drive, Martinsville, VA 24112<br>Phone: (276) 666-7200<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | Elective Delivery Infant Safety Program |
| 27.14ml | Salisbury VAMC<br>190 Kimel Park Drive, Winston Salem, NC 27103<br>Phone: (336) 768-3296<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| 48.51ml | Salem VAMC<br>705 Piney Forest Road, Danville, VA 24540<br>Phone: (434) 710-4210<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| 32.62ml | Davie County Hospital<br>329 NC Hwy. 801 North, Bermuda Run, NC 27006<br>Phone: (336) 998-1300<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | |
| 28.26ml | Danville Regional Medical Center<br>320 Hospital Drive, Martinsville, VA 24112<br>Phone: (434) 799-2100<br>Specialties: Acute Short Term Hospital | In network<br><br>See Accepted Plans | Elective Delivery Infant Safety Program |

Case 1:18-cv-00336    Document 1-1    Filed 04/25/18    Page 16 of 19

| Distance | Name | Plan Information | Other |
|---|---|---|---|
|  27.15mi | **Novant Health Forsyth Behavioral Health** 175 Kimel Park Drive, Suite 100, Winston Salem, NC 27103 Phone: (336) 277-1800 Specialties: Psychiatric Hospital, Acute and Long Term | In network See Accepted Plans | |
| 25.97mi | **Old Vineyard Behavioral Health Services** 3637 Old Vineyard Road, Winston Salem, NC 27104 Phone: (336) 794-3550 Specialties: Psychiatric Hospital, Acute and Long Term | In network See Accepted Plans | |
|  25.88mi | **Novant Health Forsyth Medical Center** 3333 Silas Creek Pkwy., Winston Salem, NC 27103 Phone: (336) 718-5000 Specialties: Acute Short Term Hospital | In network See Accepted Plans | Institutes of Quality® - Cardiac Rhythm Elective Delivery Infant Safety Program |
|  34.17mi | **Moses H. Cone Memorial Hospital** 1200 North Elm Street, Greensboro, NC 27401 Phone: (336) 832-7000 Specialties: Acute Short Term Hospital | In network See Accepted Plans | Institutes of Quality® - Cardiac Medical Intervention Institutes of Quality® - Cardiovascular Surgery Institutes of Quality® - Total Joint Replacement/Orthopedic |

Results: 1-25 | 26-34 | >>

**Important notice about participating providers**

Provider information contained in this directory is updated 6 days per week, excluding holidays, Sundays, or interruptions due to system maintenance, upgrades or unplanned outages. This information is subject to change at any time. Please check with the provider before scheduling your appointment or receiving services to confirm he or she is participating in Aetna's network.

Directory Last Updated 03/02/2018

Home | Privacy Information | Legal Statement | Product Legal Disclaimers | Member Disclosure | Aetna Companies: State Directory | Nondiscrimination Notice | Accessibility Services

Copyright © 2001-2018 Aetna Inc.

| NORTH CAROLINA | ) | FILED | IN THE GENERAL COURT OF JUSTICE |
| --- | --- | --- | --- |
| | ) | | SUPERIOR COURT DIVISION |
| STOKES COUNTY | ) | 2018 APR 12 A 8:55 | 18 CVS 207 |

STOKES CO, C.S.C.

BY _____

LIFEBRITE HOSPITAL GROUP OF
STOKES, LLC,

    Plaintiff,

v.

AETNA HEALTH, INC. and
AETNA HEALTH OF THE
CAROLINAS, INC.,

    Defendants.

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**

NOW COMES Michael R. Bennett, Esq., attorney for Plaintiff, hereby alleges and says:

1. That the Plaintiff, through counsel, caused a Summons and Complaint to be issued on March 21, 2018.

2. That under the provisions of Rule 4 of the North Carolina Rules of Civil Procedure, the Plaintiff did, through counsel, cause said Summons and Complaint to be mailed to the following: Aetna Health, Inc., c/o CT Corporation System, Registered Agent, 160 Mine Lake Court, Suite 200, Raleigh, NC 27615-6417.

3. That said Summons and Complaint were placed in an envelope and mailed, certified mail, restricted delivery, return receipt requested, on March 26, 2018.

4. That said return receipt attached to this Affidavit indicates that said Summons and Complaint were received by the Defendant on March 29, 2018.

This the 5th day of April, 2018.

Michael R. Bennett
North Carolina State Bar No. 16551
Attorney for Plaintiff

OF COUNSEL:

BENNETT & WEST, PLLC
P.O. Box 775
King, North Carolina 27021
(336) 983-3177

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 3/29/13 |
| 1. Article Addressed to:<br><br>Aetna Health, Inc.<br>c/o CT Corporation System, Registered Agent<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615-6417 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2636 6336 3831 84 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 3040 0000 3167 5862 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt